ACCEPTED
01-15-00642-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:20:36 PM
CHRISTOPHER PRINE
CLERK

NO.  01-15-00642-CR

IN THE COURT OF APPEALS
FOR THE
FIRST SUPREME JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:20:36 PM
CHRISTOPHER A. PRINE
Clerk

ALVIN PERRY JONES
Appellant

v.

THE STATE OF TEXAS,
Appellee

Appeal from Cause No. 13CR2725
In the 405th District Court of
Galveston County, Texas

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF FOR APPELLANT

To the Honorable Justices of the Court of Appeals:

Appellant, ALVIN PERRY JONES, by and through his Counsel of Record, JARED ROBINSON, files this Unopposed Motion to Extend Time to File Brief and in support shows this Court the following:

**I.**

Appellant was convicted one count of Aggravated Robbery on June 24, 2015.  The jury assessed punishment at 35 years incarceration in the Texas Department of Criminal Justice.

On November 21, 2013, the Galveston County Grand Jury returned an enhanced indictment of True Bill. A jury trial was held beginning on June 22nd, 2015. The jury found the defendant guilty on June 24th, 2015 and sentenced the defendant to Thirty-Five (35) years imprisonment in the Texas Department of Criminal Justice on the same day.

**II.**

Appellant's brief is due on or before October 22, 2015. Appellant's counsel respectfully requests an extension for at least sixty days to file Appellant's brief. The Assistant District Attorney handling the case, Rebecca Klaren, has indicated the State of Texas is unopposed to Appellant's request for an extension.

Appellant's counsel needs additional time to complete his brief and additional time to review the Reporter's Record because of conflicts created by work in other cases. More specifically, counsel for Appellant has been in trial in the 405th Dictrict Court in Galveston County, representing a client who has been charged with two First Degree Felonies. Counsel also has numerous other cases set for trial in the months of October and November in Galveston and Brazoria Counties. This is the first request for an extension of time filed with this Court. Therefore Counsel requests that this Court extend the time to file Appellant's Brief until at least December 21st, 2015.

Respectfully Submitted,

JONES ROBINSON, LLP.

_____/s/ Jared S. Robinson  /s/_____
JARED S. ROBINSON
State Bar No.: 24060506
1100 Rosenberg Avenue
Galveston, Texas  77550

409.765-5705
409.765.7570 Facsimile

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby affirm a true and correct copy of the foregoing was delivered via hand-delivery and/or electronic delivery to Rebecca Klaren, Assistant Galveston County Criminal District Attorney, on the 22nd day of October 2015.

/s/ Jared S. Robinson
JARED S. ROBINSON

## CERTIFICATE OF CONFERENCE

I hereby certify and affirm that I have communicated on the 22nd day of October, 2015 with Rebecca Klaren, Assistant Galveston County Criminal District Attorney, regarding Appellant's request for an extension of time to file his brief and she has indicated that the State of Texas is Unopposed to this request.

/s/ Jared S. Robinson
JARED S. ROBINSON